IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FACTORY DIRECT, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 5:11-cv-00059-F |
| ) | |
| ANATOMIC GLOBAL, INC.; ) | |
| ANATOMIC HOLDINGS, INC., ) | |
| ANATOMIC OPERATIONS, INC., ) | |
| FXI, Inc., f/k/a/ Foamex Innovations ) | |
| Operating Company; and ) | |
| DAVID L. FARLEY, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to a dismissal with prejudice of all claims in this action, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,


/s/Derek B. Ensminger
David A. Elder, OBA #20687
Derek B. Ensminger, OBA #22559
HARTZOG CONGER CASON & NEVILLE
201 Robert S. Kerr Avenue
1600 Bank of Oklahoma Plaza
Oklahoma City, OK 73102
Telephone:  (405) 235-7000
Facsimile:  (405) 996-3403
delder@hartzoglaw.com
densminger@hartzoglaw.com

**ATTORNEYS FOR PLAINTIFF**



 /s/ Ameer Gado
David A. Roodman (pro hac)
Mark B. Leadlove (pro hac)
Ameer Gado (pro hac)
BRYAN CAVE LLP
Suite 3600
211 No. Broadway
St. Louis, MO 63102-2751
(314) 259-2000 (Telephone)
(314) 259-2020 (Facsimile)


Michael A. Betts
LYTLE SOULE & CURLEE, P.C.
1220 Robinson Renaissance
119 North Robinson Avenue
Oklahoma City, OK 73102
(405) 235-7471 (Telephone)
(405) 232-3852 (Facsimile)

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

This is to certify that on June 20, 2013, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

David A. Elder
Derek B. Ensminger
Hartzog Conger Cason & Neville
201 Robert S. Kerr Avenue
1600 Bank of Oklahoma Plaza
Oklahoma City, OK 73102
delder@hartzoglaw.com
densminger@hartzoglaw.com

/s/ Ameer Gado